# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CRIMINAL ACTION NO.** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **3:08-CR-167-B(1)** |
| | ) | |
| **COREY DEYON DUFFEY (01)** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## MOTION TO WITHDRAW AS COUNSEL AND APPOINTMENT OF NEW COUNSEL ON APPEAL

NOW COMES the Attorneys of Record for the Defendant set forth in the style above, who would file this Motion to Withdraw as Counsel in the present cause, and show unto the Court as follows:

I.

Defendant is now indigent and intends to appeal his conviction and sentence.

II.

Defendant is unable to afford legal representation on appeal and the associated costs. Counsel has informed Defendant of this Motion and Defendant consents to the Motion to Withdraw.

III.

WHEREFORE, PREMISES CONSIDERED, Movant prays that this Honorable Court allow the withdrawal of counsel, and that present counsel be released from further obligation or duty to the Defendant as Attorneys of Record in the Trial Court and on Appeal.

Additionally, based on Mr. Duffey's indigence, counsel requests that he be appointed new counsel to represent him on appeal.

Respectfully Submitted,


By:\_\_\_/s/_____
    ROBERT L. ROGERS
    Texas Bar No. 00797342
LEAD ATTORNEY
FOR DEFENDANT COREY DUFFEY
400 S. Zang Blvd, Ste. 105
Dallas, Texas 75208
Ofc. 214/942-4500
Fax  214/942-1080
rlrogerslaw@mac.com


By: \_\_\_/s/ w/ permission_____
    MANNY DAVID ALVAREZ
    Texas Bar No. 001127800
CO-COUNSEL
FOR DEFENDANT COREY DUFFEY
400 S. Zang Blvd, Ste. 105
Dallas, Texas 75208
Ofc. 214/942-4500
Fax  214/942-1080
judgem@airmail.net




    \_\_\_\_/s/ w/ permission_____
COREY DUFFEY - DEFENDANT

## CERTIFICATE OF CONFERENCE

    I, Robert L. Rogers, certify that I have conferred with Gary Tromblay, Assistant United States Attorney, regarding the substance of this motion and he does not oppose the granting of said motion.

DATED: 1/28/2010.

                                                                                                      ROBERT L. ROGERS  
                                                                                                      Texas Bar No. 00797342

## CERTIFICATE OF SERVICE

I, Robert L. Rogers, certify that I have hand delivered a copy of this Motion to Gary Tromblay, Assistant United States Attorney, on January 28, 2010.

 

_____
ROBERT L. ROGERS
Texas Bar No. 00797342