IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | 3:08-CR-167-B(01) |
| | ) | |
| COREY DEYON DUFFEY | ) | |

ORDER

Pursuant to the District Court's *Order Referring Request to Appoint New Counsel for Appeal to the Magistrate Judge*, filed February 2, 2010, Defendant's *Motion to Withdraw as Counsel and Appointment of New Counsel on Appeal* (doc. 307), filed January 28, 2010, has been referred to the undersigned United States Magistrate Judge for hearing, if necessary, and recommendation or determination.

Defendant's *Motion to Withdraw as Counsel and Appointment of New Counsel* is hereby **GRANTED** and Robert Rogers and Manny Alvarez are discharged from their responsibilities of representation in this case. Seth Kretzer, Galleria Tower II, 5051 Westheimer, Suite 1850, Houston, TX 77056-5604, 713-775-3050, is hereby appointed to represent Defendant on appeal.

SIGNED on this 4th day of February, 2010.

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE