# United States Court of Appeals for the Fifth Circuit



**Certified as a true copy and issued as the mandate on Sep 09, 2025**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 22-10265

United States Court of Appeals
Fifth Circuit
**FILED**
August 19, 2025
Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

COREY DEYON DUFFEY; JARVIS DUPREE ROSS; TONY R. HEWITT,

*Defendants—Appellants*.

———————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:08-CR-167-1

———————————————

## JUDGMENT ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before SOUTHWICK, ENGELHARDT, and WILSON, *Circuit Judges*.

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that we VACATE Appellants' sentences and REMAND to the district court for resentencing consistent with the Supreme Court's opinion and with the unaffected portions of our prior opinion.

No. 22-10265

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See FED. R. APP. P. 41(B). The court may shorten or extend the time by order. See 5TH CIR. R. 41 I.O.P.

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 09, 2025

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 22-10265    USA v. Duffey
                         USDC No. 3:08-CR-167-1

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Lisa E. Ferrara, Deputy Clerk
                              504-310-7675

cc:
    Mr. Stephen S. Gilstrap
    Mr. Vivek Jampala
    Ms. Amy Jeannine Mitchell
    Mr. Kevin Blake Ross
    Mr. Russell Wilson II