UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § § | |
| **VS.** | § § | No. 3:08-CR-167-B(1) |
| **COREY DEYON DUFFEY** | § § § | |

## SECOND UNOPPOSED MOTION FOR CONTINUANCE

TO THE HONORABLE JANE BOYLE, UNITED STATES DISTRICT JUDGE FOR THE NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION:

COMES NOW COREY DEYON DUFFEY, Defendant, by and through the undersigned counsel, and respectfully submits this Motion for Continuance and in support thereof, would show the following:

I.

Counsels for the Defendant need additional time to contact witnesses for sentencing. Counsels may also need to retrieve character letters and coordinate with Mr. Duffey as to any other issues that must be addressed at sentencing. Without contacting these additional witnesses Defense counsels do not believe that they can be ready to effectively represent Mr. Duffey at the current resentencing date.

III.

The current date of resentencing is January 6, 2025. The government is unopposed to this continuance.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests this Honorable Court to grant a continuance in order properly prepare for resentencing in this case.

Respectfully submitted,

HUNTER, LANE & JAMPALA
711 Navarro
Suite 235 – Travis Park Plaza
San Antonio, Texas 78205
Tel: 210-202-1076
Fax: 210-880-6162

By: /s/ John T. Hunter
State Bar No. 24077532

/s/ Vivek Jampala
State Bar No. 24083242

Attorneys for Corey Deyon Duffey

## CERTIFICATE OF SERVICE

This is to certify that on December 30, 2025, a true and correct copy of the above and foregoing document was served on the United States Attorney – Dallas Division, Northern District of Texas, via the CM/ECF system.

/s/ Vivek Jampala